# Exhibit Q-2

## Time：05/01/2025    12:15 pm

 **Outlook**

---

## Case No. 3:25-cv-01885-VC

---

From L P <lhkc_25@outlook.com>
Date Thu 5/1/2025 12:15 PM
To  legal@kraken.com <legal@kraken.com>

To:
Mr. Ben Gray, Chief Legal Officer
Mr. Arjun Sethi, Co-Chief Executive Officer
Mr. David Ripley, Co-Chief Executive Officer
Mr. Jesse Powell, Founder

Case No. 3:25-cv-01885-VC

**Dear Mr. Gray, Mr. Sethi, Mr. Ripley, and Mr. Powell,**

Allow me to begin—not with legal arguments or strategic positions—but with a personal reflection offered in sincerity.

Never did I imagine that someone as ordinary and unremarkable as myself
would one day find occasion to formally address the leadership of a company stewarding tens of billions in global assets. (Even though I have previously sent several emails.)

Looking back at the arc of my life,
many things I once longed for never came to be—while many of the moments that did arrive were ones I had never anticipated.
So too is today: an unexpected convergence, quietly scripted by fate.

**Now, to return to the heart of the matter:**

At the outset of this case, I extended a 60-day grace period on my own initiative,
and, at what I believed was a constructive moment, put forward a resolution window supported by a clear and deliberate structural framework. Regrettably, your side did not respond in kind, nor take the opportunity to recalibrate. Instead, key junctures were bypassed, and a strategic silence allowed time to slip past—That, I must say, is a matter of genuine regret.

Sincerely
**Lianlian Porth**