# Exhibit Q-3

## Time：05/01/2025    2:12 pm

 Outlook

---

Re: Case No. 3:25-cv-01885-VC

---

From Robert Sandoval <robert.sandoval@kraken.com>
Date Thu 5/1/2025 2:12 PM
To    L P <lhkc_25@outlook.com>
Cc    Pallen, Kimberly <Kimberly.Pallen@withersworldwide.com>; Mesropyan, Vahe <Vahe.Mesropyan@withersworldwide.com>

Ms. Porth,

Now that you've decided to sue Kraken and we are in active litigation, we demand that you direct all future correspondence to our counsel of record, Kim Pallen (kimberly.pallen@withersworldwide.com) and Vahe Mesropyan (vahe.mesropyan@withersworldwide.com), who are cc'd in this email.

Rest assured we will seek appropriate relief in court if you continue to send harassing communications to Kraken or our employees.

Robert