Kimberly A. Pallen (SBN 288605)
kimberly.pallen@withersworldwide.com
**Withers Bergman LLP**
909 Montgomery Street, Suite 300
San Francisco, California 94133
Telephone:     415.872.3200
Facsimile:      415.549 2480

Vahe Mesropyan (SBN 307244)
vahe.mesropyan@withersworldwide.com
**Withers Bergman LLP**
10250 Constellation Blvd., Suite 1400
Los Angeles, California 90067
Telephone:     310.277.9930
Facsimile:      310.277.9935

Attorneys for Defendants Payward, Inc. and Payward Ventures, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIANLIAN PORTH,<br><br>              Plaintiff,<br><br>       v.<br><br>PAYWARD, INC. and PAYWARD VENTURES, INC.,<br><br>              Defendants. | Case No. 3:25-cv-01885-VC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge:    Hon. Vince Chhabria |

Before the Court is Defendants Payward, Inc. and Payward Ventures, Inc's ("Kraken") Administrative Motion to Continue Initial Case Management Conference. Having considered the Motion, the Court finds that continuing the initial case management conference is warranted. The Motion is thus GRANTED. The June 6, 2025 case management conference is hereby CONTINUED until 15 days after the hearing on Kraken's pending Motion to Dismiss and Strike, which is currently scheduled to be heard on July 17, 2025. (ECF No. 15.) Thus, the CMC will be set for August 1, 2025. All associated deadlines are reset accordingly.

**IT IS SO ORDERED.**

Date:   June 4, 2025

Honorable Vince Chhabria
United States District Court Judge