1 | Lianlian Porth
2 | Email :Lhkc_25@outlook.com
3 | Phone: 408-381-9986
4 | Address: P.O BOX 267,San Lorenzo, CA 94580
  | Atty.: Pro Se

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| Lianlian Porth | Case No.3:25-cv-01885-VC |
| --- | --- |
| Plaintiff, | |
| vs. | **[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(a)** |
| **PAYWARD, INC.** and **PAYWARD VENTURES, INC.,** | |
| Defendants. | Judge:  Hon. Vince Chhabria |

In this matter, Plaintiff Lianlian Porth has filed a Motion to Compel Disclosure pursuant to Federal Rule of Civil Procedure 37(a), seeking an order requiring Defendants Payward Inc. and Payward Ventures Inc. to comply with their initial disclosure and document production obligations under Rules 26 and 34, and to provide full responses to Plaintiff's Asset Disclosure Request (ECF No. 25, REQUEST FOR DISCLOSURE, Exhibit J).

Having reviewed the motion, supporting materials, and the procedural background, the Court hereby ORDERS as follows:

1，Plaintiff's Motion (ECF No. 25) is GRANTED in full pursuant to Federal Rules of Civil Procedure 37(a)(3)(A) and 37(a)(3)(B);

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCLOSURE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 37(a)**

2，Defendants Payward Inc. and Payward Ventures Inc. shall, within seven (7) days of the entry of this Order, unconditionally and fully disclose all asset information associated with the accounts of the late Steven L. Porth held on their platforms, item by item, in accordance with the criteria and categories listed in Plaintiff's Disclosure Request (ECF No. 25, REQUEST FOR DISCLOSURE, Exhibit J);

3，Pursuant to Rule 37(a), the Court reserves the authority to impose appropriate cost-shifting measures, sanctions, or other procedural remedies based on Defendants' compliance with the above directives.

**Please note:**   The REQUEST FOR DISCLOSURE, Exhibit J, in ECF No. 25 is the same document as The REQUEST FOR DISCLOSURE, Exhibit J, in ECF No. 7, and was served on March 7, 2025. (ECF No. 13).

This Order shall take effect immediately.

**IT IS SO ORDERED.**

Dated: _____            _____

                                                            Hon. Vince Chhabria

                                                            United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL DISCLOSURE PURSUANT
 TO FEDERAL RULE OF CIVIL PROCEDURE 37(a)