# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF | Northern District of California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:25-cv-01885-VC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 02/21/2025

Date of judgment or order you are appealing: 07/17/2025

Docket entry number of judgment or order you are appealing: 39

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
☒ Yes   ☐ No   ☐ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff: Lianlian Porth

Is this a cross-appeal? ☐ Yes ☒ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ☐ Yes ☐ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

Lhkc_25@outlook.com

City: San Lorenzo    State: CA    Zip Code: 94580

Prisoner Inmate or A Number (if applicable):

Signature: [signed]    Date: 08/07/2025

*Feedback or questions about this form? Email us at*

Form 1                                              Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

**Appellant(s)** *(List each party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff: Lianlian Porth

Name(s) of counsel (if any):

Address: P.O BOX 267, San Lorenzo, CA 94580

Telephone number(s): 408-381-9986

Email(s): Lhkc_25@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ○ Yes  ● No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendants: Payward Inc.; Payward Ventures Inc.

Name(s) of counsel (if any):

Kimberly A. Pallen, Withers Bergman LLP

Address: 909 Montgomery Street, Suite 300 San Francisco, California 94133

Telephone number(s): 415.872.3200

Email(s): kimberly.pallen@withersworldwide.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at

Form 6                    1                    New 12/01/2018

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Plaintiff: Lianlian Porth

Name(s) of counsel (if any):

Address: P.O BOX 267, San Lorenzo, CA 94580

Telephone number(s): 408-381-9986

Email(s): Lhkc_25@outlook.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ☒ No

**Appellees**

Name(s) of party/parties:

Defendants: Payward Inc. ; Payward Ventures Inc.

Name(s) of counsel (if any):

Vahe Mesropyan, Withers Bergman LLP

Address: 10250 Constellation Blvd., Suite 1400 Los Angeles, California 90067

Telephone number(s): 310.277.9930

Email(s): vahe.mesropyan@withersworldwide.com

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at*

Form 6      2      *New 12/01/2018*