# NOTICE

Plaintiff Lianlian Porth hereby notifies Defendants Payward, Inc. and Payward Ventures, Inc. that on August 27, 2025, Plaintiff received by mail from the United States Court of Appeals for the Ninth Circuit the official notice of the assigned case number and briefing schedule.

For the Court's and the parties' convenience, a true and correct copy of the Notice is attached hereto as Exhibit"USCA Case Number".